# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JARRELL ARLINE, SR.

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2022 CW 0340

JULY 5, 2022

---

In Re:   Jarrell Arline, Sr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 710189.

---

**BEFORE:   McCLENDON, WELCH, AND HESTER, JJ.**

   **WRIT GRANTED.**   The district court is ordered to act on the petition for judicial review filed by relator, Jarrell Arline, Sr., within 60 days.

                              **PMc**
                              **JEW**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT